UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIRECTV, INC.,

                           Plaintiff,

   -against-

ALEX NICASTRO,

                           Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 5560 (NGG)

       An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on April 29, 2005, dismissing the case without prejudice for failure to prosecute; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered dismissing the case without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       May 02, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court